# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MILLS,<br><br>         Plaintiff,<br><br>    v.<br><br>WENGER ET AL.,<br><br>         Defendants. | Case No. 1:19-cv-01425-LJO-EPG<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE<br><br>(ECF NO. 2) |

   Christopher Mills, a state prisoner, proceeding *pro se* (ECF No. 1.), has requested leave to proceed *in forma pauperis* ("IFP") (ECF No. 2.) Plaintiff's IFP application does not make the showing required by 28 U.S.C. § 1915(a), and will accordingly be denied without prejudice to renewal.

   Plaintiff indicates in his IFP application that he has cash, but he fails to state the total amount of that cash. (ECF No. 2.) Without a fully completed application, including information on the amount of cash Plaintiff has, the Court is unable to determine whether Plaintiff qualifies for IFP status. Accordingly, IT IS ORDERED:

   1. Plaintiff's application to proceed *in forma pauperis* (ECF NO. 2.) is DENIED without prejudice.
   2. Plaintiff must submit a renewed IFP application on the standard court form, with *all*

1 *information completed*, or pay the filing fee, within 30 days from the date of this order.

3. Plaintiff is cautioned that failure to timely submit a renewed IFP application in proper form, or to pay the filing fee, may result in the dismissal of this action.
4. The Clerk of Court is directed to provide Plaintiff with a copy of the Application to Proceed In District Court Without Prepaying Fees or Costs.

IT IS SO ORDERED.

Dated: **October 15, 2019**

/s/ *Erin P. Gross*
UNITED STATES MAGISTRATE JUDGE