UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MILLS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WENGER, et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-01425-NONE-EPG<br><br>ORDER GRANTING EXTENSION TO PAY FILING FEE OR FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND EXTENDING TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION BE DISMISSED, WITHOUT PREJUDICE<br><br>(ECF No. 7). |

　　　　On October 9, 2019, Christopher Mills, a state prisoner, proceeding *pro se*, filed this action under 42 U.S.C. § 1983. (ECF No. 1). He requested leave to proceed *in forma pauperis* (IFP) (ECF No. 2). However, Plaintiff's IFP application did not make the showing required by 28 U.S.C. § 1915(a) because the IFP application indicated that Plaintiff had cash but failed to state the total amount of that cash so as to determine whether Plaintiff qualified for IFP status. Accordingly, the Court ordered him on October 16, 2019, to submit a renewed IFP application or pay the filing fee within 30 days. (ECF No. 3).

　　　　After the thirty-day period expired with Plaintiff failing to pay the filing fee or submit an IFP application, this Court issued findings and recommendations on November 3, 2021,

1

recommending that this action be dismissed, without prejudice, for Plaintiff's failure to pay the filing fee pursuant to 28 U.S.C. § 1914 or to file an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 6). Plaintiff was provided thirty days to file objections, or, alternatively, to file an IFP application or pay the filing fee.

On December 10, 2021, Plaintiff filed a motion requesting an extension of time to pay the filing fee or file an IFP application until January 2022, generally stating that his response has been delayed by COVID protocols at his prison. (ECF No. 7).

Finding good cause to grant an extension, IT IS ORDERED as follows:

1. Plaintiff's motion for extension of time (ECF No. 7) is granted;
2. No later than January 13, 2022, Plaintiff shall file an IFP application or pay the filing fee within thirty (30) days.
3. And Plaintiff's deadline to file objections to the November 3, 2021 findings and recommendations (ECF No. 6) is likewise extended to January 13, 2022.

IT IS SO ORDERED.

Dated:   **December 13, 2021**         /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2