UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MILLS,<br><br>    Plaintiff,<br><br>    v.<br><br>WENGER, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-1425 JLT EPG<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DISMISSING THE ACTION WITHOUT PREJUDICE<br><br>(Doc. 6) |

Christopher Mills seeks to proceed *pro se* and *in forma pauperis* in this action, alleging a violation of his civil rights occurring during his arrest. The magistrate judge determined Plaintiff's application to proceed *in forma pauperis* did not make the showing required by 28 U.S.C. § 1915(a) because the application failed to provide sufficient information. Therefore, on October 16, 2019, the magistrate judge ordered Plaintiff to submit a renewed application or pay the filing fee. (Doc. 3.) After Plaintiff failed to comply with the Court's order, the magistrate judge recommended the complaint be dismissed on November 3, 2021. (Doc. 6.)

The Court granted Plaintiff thirty days from the date of service to file any objections to the recommendation of the Magistrate Judge. (Doc. 6 at 2.) In addition, Plaintiff was "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014)). On December 13, 2021, the magistrate judge granted Plaintiff an additional thirty days to pay the filing fee, file an application to proceed *in forma*

1

*pauperis*, or object to the Findings and Recommendations.  (Doc. 8.)  Thus, Plaintiff was to respond to the Findings and Recommendations no later than January 12, 2022.  To date, no objections have been filed and Plaintiff has neither paid the filing fee nor filed a new application.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court finds the Findings and Recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations dated November 3, 2021 (Doc. 6) are **ADOPTED IN FULL**.
2. Plaintiff's complaint is **DISMISSED** without prejudice; and
3. The Clerk of Court is **DIRECTED** to close this action, because this Order terminates the matter in its entirety.

IT IS SO ORDERED.

Dated:   **February 3, 2022**

UNITED STATES DISTRICT JUDGE

2